AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_2\_\_ COPIES OF AO FORM 85.

\_\_7-22-05_____  _____
(Date forms issued)              (Signature of Party or their Representative)

_____BARRY EVELAND_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action