IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HP CONSULTING SERVICES, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Civil Action No. _____<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Plaintiffs, HP Consulting Services, Inc., (a nongovernmental corporate party) makes the following disclosure on behalf of said party:

1. The party does not have a parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (DE Bar #663)
David W. Gregory (DE Bar #4408)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6509
jlholzman@prickett.com
dwgregory@prickett.com
*Attorneys for Plaintiff*
*HP Consulting Services, Inc.*

19684.1\280200v1

OF COUNSEL:

MUCH SHELIST FREED DENENBERG
   AMENT & RUBENSTEIN, P.C.
Steven A. Kanner
Douglas A. Millen
William H. London
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606-1615
Phone:  312-521-2000
Fax:    312-521-2100
skanner@muchshelist.com
dmillen@muchshelist.com
wlondon@muchshelist.com

Dated: July 22, 2005

19684.1\280200v1