IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HP CONSULTING SERVICES, INC.,<br>on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C. A. No. 05-521-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James L. Holzman<br>    James L. Holzman (#663)<br>    D.W. Gregory (#4408)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE 19899<br>    Telephone: (302) 888-6500<br>    jholzman@prickett.com<br>    dwgregory@prickett.com | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| MUCH SHELIST FREED DENENBERG<br>  AMENT & RUBENSTEIN, P.C.<br>Steven A. Kanner<br>Douglas A. Millen<br>William H. London<br>191 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606-1615<br>Telephone: (312) 521-2000<br>Facsimile: (312) 521-2100<br><br>Attorneys for Plaintiff<br>HP CONSULTING SERVICES, INC.<br><br>Dated: August 8, 2005<br><br>693789 | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

SO ORDERED this ___ day of _____, 2005.

_____
Joseph J. Farnan, Jr., U.S.D.J.